UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :     INDICTMENT

            -v.-                   :     08 Cr.

LUIS HUMBERTO MENDEZ,
   a/k/a "Mello,"                  :

            Defendant.            :

- - - - - - - - - - - - - - - - - - - -x



**08 CRIM 283**

...CALLY FILED
MAR 31 2008

<u>COUNT ONE</u>

The Grand Jury charges:

1.    From in or about 2001, up to and including on or about February 29, 2008, in the Southern District of New York and elsewhere, LUIS HUMBERTO MENDEZ, a/k/a "Mello," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly, did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2.    It was a part and an object of the conspiracy that LUIS HUMBERTO MENDEZ, a/k/a "Mello," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, five kilograms grams and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A).

<u>OVERT ACT</u>

3.    In furtherance of the conspiracy and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York:

a.    On or about February 29, 2008, LUIS HUMBERTO MENDEZ, a/k/a "Mello," the defendant, possessed approximately 100 grams of cocaine in the Bronx, New York.

(Title 21, United States Code, Section 846.)

<u>FORFEITURE ALLEGATION</u>

4.    As a result of committing the controlled substance offense alleged in Count One of this Indictment, LUIS HUMBERTO MENDEZ, a/k/a "Mello," the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Indictment.

5.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a  third person;

2

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846, and 853.)


_____
Foreperson

_____
MICHAEL J. GARCIA
United States Attorney


3

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**- v. -**

**LUIS HUMBERTO MENDEZ,
a/k/a "Mello,"**

**Defendant.**

**<u>INDICTMENT</u>**

08 Cr.

(21 U.S.C. § 846)

<u>MICHAEL J. GARCIA</u>
United States Attorney.

**A TRUE BILL**

Foreperson.